UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------
In Re:

Bradley T. Thompson and Lynn P.
Thompson

<u>ORDER</u>

Debtors.

Chapter 13, Case No. 09-51284

-------------------------------

This case is before the court on the motion of U.S. Bank, N. A. as serviced by National Default Servicing Corporation, pursuant to 11 U.S.C. section 362. Based on the motion and the file,

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors or assigns, has an interest under mortgage document no. 802939.0, said property legally described as:

LOT FOUR (4), BLOCK ONE (1), FREMONT POINT PHASE III, SUBJECT TO EASEMENTS, COVENANTS, RESTRICTIONS AND MINERAL RESERVATIONS OF RECORDING, IF ANY.

The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately

Dated: January 26, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/26/2010*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk